# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN  
THOMAS H. NOOTER*  
LEE A. GINSBERG  

CHARLENE RAMOS  
OFFICE MANAGER  

75 MAIDEN LANE  
SUITE 503  
NEW YORK, N.Y. 10007  

(212) 608-0808  
TELECOPIER (212) 962-9696  

September 19, 2016

Honorable P. Kevin Castel  
United States District Judge  
United States Courthouse  
500 Pearl Street  
New York, New York 10007  

Re: *United States v. Scott Tucker, et al.*  
16 CR 091 (PKC)

Dear Judge Castel:

      Although I have tried two cases before Your Honor, it has now been more than five years since the last trial. My recollection is that in *United States v. Geas,* 09 Cr. 1239 (PKC) the court utilized some written form of questions presented to the jurors for the purposes of *voir dire.* While the trial in the above matter is still in the distance, we would appreciate it if the court would provide us with any written format that the court is currently utilizing for purposes of *voir dire* so that we may more efficiently determine what requests we wish to make and whether we wish to request that some type of questionnaire be utilized in this case.

      Respectfully submitted,

      /S/ Lee Ginsberg

      Lee Ginsberg

cc: All Counsel by ECF