COURT'S
EXHIBIT NO **26**
IDENTIFICATION/EVIDENCE
DKT #
DATE: **10/13/2017**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **10/13/2017**

UNITED STATES OF AMERICA

- v. –

SCOTT TUCKER and TIMOTHY
MUIR,

          Defendants.

S1 16 Cr. 91 (PKC)

VERDICT FORM

Please indicate each of your verdicts with a check mark (✓).

## Count One: Conspiracy to Collect Unlawful Debts

**Scott Tucker**  Guilty ____✓____      Not Guilty _____

**Timothy Muir**  Guilty ____✓____      Not Guilty _____

## Count Two: Collection of Unlawful Debts (Ameriloan, United Cash Loans and US FastCash)

**Scott Tucker**  Guilty ____✓____      Not Guilty _____

**Timothy Muir**  Guilty ____✓____      Not Guilty _____

## Count Three: Collection of Unlawful Debts (500 FastCash)

**Scott Tucker**  Guilty ____✓____      Not Guilty _____

**Timothy Muir**  Guilty ____✓____      Not Guilty _____

**Count Four: Collection of Unlawful Debts (One Click Cash)**

**Scott Tucker** Guilty ____✓____           Not Guilty _____

**Timothy Muir**        Guilty ____✓____           Not Guilty _____


**Count Five: Conspiracy to Commit Wire Fraud**

**Scott Tucker** Guilty ____✓____           Not Guilty _____

**Timothy Muir**        Guilty ____✓____           Not Guilty _____


**Count Six: Wire Fraud**

**Scott Tucker** Guilty ____✓____           Not Guilty _____

**Timothy Muir**        Guilty ____✓____           Not Guilty _____


**Count Seven: Money Laundering Conspiracy**

**Scott Tucker** Guilty ____✓____           Not Guilty _____

**Timothy Muir**        Guilty ____✓____           Not Guilty _____


**Count Eight: Promotion Money Laundering**

**Scott Tucker** Guilty ____✓____           Not Guilty _____

**Timothy Muir**        Guilty ____✓____           Not Guilty _____


2

## Count Nine: Concealment Money Laundering

**Scott Tucker** Guilty __✓__        Not Guilty _____

**Timothy Muir**    Guilty __✓__        Not Guilty _____

## Count Ten: False Truth in Lending Act Disclosures (Ameriloan)

**Scott Tucker** Guilty __✓__        Not Guilty _____

**Timothy Muir**    Guilty __✓__        Not Guilty _____

## Count Eleven: False Truth in Lending Act Disclosures (United Cash Loans)

**Scott Tucker** Guilty __✓__        Not Guilty _____

**Timothy Muir**    Guilty __✓__        Not Guilty _____

## Count Twelve: False Truth in Lending Act Disclosures (US FastCash)

**Scott Tucker** Guilty __✓__        Not Guilty _____

**Timothy Muir**    Guilty __✓__        Not Guilty _____

**Count Thirteen: False Truth in Lending Act Disclosures (500 FastCash)**

**Scott Tucker** Guilty ____✓____          Not Guilty _____

**Timothy Muir**    Guilty __✓____          Not Guilty _____

**Count Fourteen: False Truth in Lending Act Disclosures (One Click Cash)**

**Scott Tucker** Guilty ____✓____          Not Guilty _____

**Timothy Muir**    Guilty ___✓____          Not Guilty _____

**Additional Question**

**If, but only if, you have found any defendant guilty on any of the Counts Two through Four, respond to the following question:**

Has the government proven beyond a reasonable doubt that, at the time of collection of any of the loans you found as the basis for a guilty verdict on Counts Two through Four, the lender, in fact, was defendant Scott Tucker or an entity owned or controlled by him?

            YES ___✓____          NO _____

Dated:        New York, New York
              October _13__, 2017


_____
Signature of Foreperson


Treena  Williams
_____
Print Name

4