# STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

December 29, 2017

**BY ECF**
The Honorable. P. Kevin Castel
United States District Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: **United States v. Scott Tucker, et al. 16 Cr. 0091 (PKC)**

Dear Judge Castel,

  We write to supplement Mr. Tucker's sentencing submission with two additional letters for your consideration.

  Dr. Nereyda Nunez Tucker, Scott's sister-in-law and widow of Scott's brother Blaine describes as only one in her position can the tremendous emotional void and toll the loss of a father and husband exacts on the survivors. She knows firsthand the enduring consequences that will befall Scott's wife Kim and their daughters upon Scott's incarceration. Scott helped fill the void in her life. There is no one to step up in Scott's absence. "As always, he [Scott] stepped up to do everything he can for all of us." *See* Exhibit S.

  Dr. Julian Nunez, Scott's friend of more than 30 years, describes as others have, Scott's personal and charitable giving and kindness to members in the community and to his son and ailing father in particular. *See* Exhibit T.

Very truly yours,

James Roth
Stampur & Roth
299 Broadway Ste. 800
New York, NY 10007
(212) 619-4240

Tucker/JR/ Supplemental Sent.

STAMPUR & ROTH

                                      Lee Ginsberg
                                      Nadjia Limani
                                      Freeman, Nooter & Ginsberg
                                      75 Maiden Lane
                                      Suite 503
                                      New York, NY 10038
                                      (212) 608-0808

                                      *Attorneys for Scott Tucker*

Encls.

Tucker/JR/ Supplemental Sent.

# EXHIBIT S

Honorable
P. Kevin Castel
Southern District of New York
500 Pearl Street
New York, New York

Re: Scott A. Tucker

Your Honor,

My name is Nereyda (Nerita) Nunez Tucker, I am Blaine A. Tucker's widow and sister-in-law of Scott Tucker.

I write this letter asking for your leniency as you consider Scott's upcoming sentencing.

Since my husband Blaine's suicide 3 years and 9 months ago, our family has emotionally fluctuated between shock, grief, and disbelief. On that clear cold Sunday in March a huge void was created in our lives. I lost my husband of 19 years and my daughter, Bianca, lost her father. We were all faced with the painful realization of facing life alone. I thought of all the birthdays, holidays, graduations, weddings, anniversaries, and grandchildren we would never share. What I didn't expect was the pain of Blaine's absence from our everyday life. Little things like picking Bianca up from school, helping her with her homework, having dinner together, or just asking how your day is going. There are so many little things we don't think matter; except those are the ones that matter most.

Through it all Scott has stayed strong for us; even though he's dealing with the pain of losing his closet brother, his trusted friend, and juggling the legal turmoil hanging over him.

As always, he stepped up to do everything he can for all of us. I don't know what we would do if we lost him too. Scott is a brother to me and the closet link to Blaine that my daughter Bianca has to her father, not to mention the only father Lili and Jia have, a husband to Kim and a son to his 81-year-old mother, who suffers from a serious heart condition and severe rheumatoid arthritis, that limits her mobility.

Scott has always been a kind and generous man to everyone. He would never knowingly hurt or harm anyone. He is not and has never been a danger to society. He's always trying to help where he can. When I think of the horrors our society is dealing with today, it seems like such a waste to remove someone like Scott from his family, friends, and community. He has lost his brother, he's been stripped of money, credit, property, reputation, and social standing. I ask myself what possible good could come from further punishing a family that has already suffered so much? If he's imprisoned, his wife and daughters will be left alone to navigate the fallout from a situation they did not create and have no way out of. His mother is ill and frail, it's difficult to say how long she has left. The only thing this family has left is each other.

I don't know what to do except beg you to consider his family when deciding Scott's fate because it will be their fate as well.

Sincerely,

*[signature]*

Nereyda Nunez Tucker, M.D.

# EXHIBIT T

Honorable P. Kevin Castel
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Castel,

I have known Scott for over 30 years. I went to high school with his younger brother Blaine. Blaine became not only my best friend but my brother-in-law after meeting my sister in 1994. In 1995 the Nunez's and the Tucker's became family. Before we were family we spent years together. When Scott and his brothers, Blaine and Joel, owned a restaurant/bar together, they had an employee baseball team that I was invited to join. Everything Scott was involved in had a family kind of feeling. No one ever felt left out. Over the years we have skied, played tennis, and visited each other when we lived in separate states. When we were young and were all just starting out, get-togethers were about food and hanging out. Just enjoying being together. That never changed about Scott over the years. As he became successful and his friends were looking for jobs he was happy to offer whatever kind of job he could. He is loyal to his friends and that shows in the many friends still in Scott's life after 20 and 30 years, including me.

Scott is so inclusive and caring. While racing he included my son at the races. This had a huge impact on my son. My son is the only boy among the cousins on our side of the family. He was treated like one of the guys and not just a young child tagging along. Scott is patient and kind. He let my son ask all the questions he wanted about cars and mechanics. My son stated, "Scott is more concerned with the type of person I am, not my age". He feels confident being around Scott and treated like a man even though he was often the only child in attendance with the group. Scott influenced his love of cars and knowledge of mechanics. Nicknames have always been an important part of the guy group. LJ, my son, was given the nickname Dive-bomb after driving go-carts with other race car drivers and holding his own. Dive-bomb had such an impact on him, as he grew it became his email address. When Scott would give him a gift it would be embroidered with "Dive-Bomb". Nicknames from Scott come from love and respect. Due to Scott including my son in so much of his racing, my son came out of his shell. He included LJ in his triumphs, giving him medals he won and his racing gloves. Scott told him that even when racing rules change you can learn to adapt and still win. He took this lesson and has applied it to school and other activities. Not only did Scott influence my son, I remember him sponsoring a young boy who had dreams of motocross racing. I don't remember this boy's name but I do know he wouldn't have raced without the support of Scott.

When Blaine died, our family was devastated. Even with all of our grieving, he was there for my sister. Scott took care of many of the arrangements for Blaine's funeral, including giving his eulogy. He made sure a place was arranged for my sister to be with Blaine at the end.

Taking care of family is nothing new for Scott. I remember the terrible loss Blaine suffered when his father died. Scott stepped up and worked to make sure Blaine went to college. Blaine learned how important taking care of family is from Scott. These lessons spilled over in taking care of my father during the final years of his life. An employee from Scott and Blaine's office came to the house daily to help with my father's care. They found him a wheelchair accessible van so he could go to the doctor and make visits to Costco for his favorite hot dog. My father received the best care during the many long years of his illness due to the generosity of Scott and Blaine.

Your honor, in closing, I do not believe for a minute that the world will be a better place for imprisoning Scott Tucker. I believe it will be worse for not allowing a generous and hard-working man to continue helping others achieve their goals and setting an example of how to succeed while being kind and supportive of others. He is a good man and I am proud to call him my friend.

Sincerely,

Julian J. Nunez, M.D.