October 17, 2019



The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

## United State v. Tucker, 16 Cr.91 (PKC)

Dear Judge Castel:

I am requesting a 60-day extension of the time frame to submit the government's requested documents and also to continue my search for counsel. The government has agreed to this request. The required discovery documents will be due on January 2, 2020.

This will change the discovery schedule. I request the following proposed discovery schedule to which the government has no objection:

All fact discovery shall be completed no later then March 3, 2020, with any summary judgment motions to be filed thirty (30) days after the close of fact discovery.

Deposition of fact witnesses shall be completed by March 3, 2020.

The initial requests for production of documents and interrogatory requests have already been served on me.

Respectfully submitted,

Kim Tucker

Application Denied.
SO ORDERED
10-18-19

Mailed to Kim Tucker 10/21/2019

