**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 29, 2020

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Application granted*
*SO ORDERED*
*[signature]*
*USDJ 1-29-20*

Re:   **United States v. Tucker, 16 Cr. 91 (PKC)**

Dear Judge Castel:

The Government respectfully requests until March 2, 2020 to file motions in response to the amended petition filed by Kim Tucker contesting forfeiture orders entered in this case.

Pursuant to the Court's endorsement of the Government's proposed discovery schedule, all motions in relation to Kim Tucker's original petition filed in June 2019 were to be submitted thirty (30) days after the close of fact discovery, which is February 3, 2020 (ECF No. 404). The Government expected to file a motion to dismiss and/or for summary judgment to dismiss Kim Tucker's original petition. However, in light of Kim Tucker's recent filing of an amended petition on January 24, 2020 (ECF No. 424), the Government respectfully requests until March 2, 2020 to file any dispositive motions.

The Government has consulted with Kim Tucker and she has no objection to the Government's request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _/s/ Sagar K. Ravi_
Sagar K. Ravi
Assistant United States Attorney
(212) 637-2195

cc:   Kim Tucker (via Email)