

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2021

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Scott Tucker**
S1 16 Cr. 91 (PKC)

Dear Judge Castel:

The Government respectfully requests that the Court enter the attached Third Final Order of Forfeiture as to Specific Property in this matter. As set forth in the supporting declaration, all right, title and interest of the Defendant, Scott Tucker, in the Specific Property was ordered forfeited pursuant to an Amended Consent Preliminary Order of Forfeiture as to Specific Properties/Money Judgment (Docket Entry 344) and all third-party claims have been resolved. Accordingly, the attached the Third Final Order of Forfeiture as to Specific Property should be entered so that the Government can dispose of the Specific Property according to law.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Sagar Ravi
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel.: (212) 637-2195