UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                                  :

UNITED STATES OF AMERICA               **THIRD FINAL ORDER OF**
                                                  :         **FORFEITURE AS TO SPECIFIC**
       -v.-                                       **PROPERTY**
                                                  :

SCOTT TUCKER,
                                                 :         S1 16 Cr. 091 (PKC)
        Defendant.
                                                  :
------------------------------- x

WHEREAS, on or about April 17, 2018, the Court entered a Amended Preliminary Order of Forfeiture as to Specific Properties/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 344), which ordered the forfeiture to the United States of, *inter alia*, all right, title and interest of SCOTT TUCKER (the "Defendant") in the real property located at 2405 W. 114th Street, Leawood, KS 66211, with all improvements, appurtenances, and attachments thereon (the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

1

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on April 24, 2018, for thirty (30) consecutive days, through May 23, 2018, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on February 20, 2019 (D.E. 374);

WHEREAS, on or about May 1, 2018, notice of the Preliminary Order of Forfeiture was sent by Federal Express to the following parties:

> James M. Roth
> Stampur & Roth LLP
> 299 Broadway, Suite 800
> New York, New York 10007
> *(Counsel for Scott Tucker)*
> Federal Express Tracking No:8118-2545-2069
>
> Lee Alan Ginsberg
> Freeman Nooter & Ginsberg
> 75 Maiden Lane, Suite 503
> New York, New York 10038
> *(Counsel for Scott Tucker)*
> Federal Express Tracking No: 8118-2545-2070
>
> Paul Lewis Shechtman
> Bracewell LLP
> 1251 Avenue of the Americas, 49th Fl.
> New York, New York 10020

2

*(Counsel for Scott Tucker)*
Federal Express Tracking No: 8118-2545-2080

Paula M. Junghans
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
*(Counsel for Scott Tucker)*
Federal Express Tracking No: 8118-2545-2091

Beverly Van Ness
Law Firm of Beverly Van Ness
233 Broadway, Suite 2704
New York, New York 10279
*(Counsel for Scott Tucker)*
Federal Express Tracking No: 8118-2545-2106

Nadjia Limani
Freeman & Ginsberg
75 Maiden Lane, Suite 503
New York, New York 10038
*(Counsel for Scott Tucker)*
Federal Express Tracking No: 8118-2545-2117

Paul B. Hynes
Zuckerman Spaeder, LLP
1800 M Street, N.W., Ste. 1000
Washington, D.C. 20036
*(Counsel for Scott Tucker)*
Federal Express Tracking No: 8118-2545-2128

Thomas J. Bath
Bath & Edmonds, P.A.
7944 Santa Fe Drive
Overland Park, Kansas 66204
*(Counsel for Timothy Muir)*
Federal Express Tracking No: 8118-2545-2139

Marc A. Agnifilo
Brafman & Associates, P.C.
767 Third Avenue
New York, New York 10017
*(Counsel for Timothy Muir)*
Federal Express Tracking No: 8118-2545-2150

3

Barry A. Bohrer
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
*(Counsel for Crystal Grote)*
Federal Express Tracking No: 8115-8446-2174

Michael L. Yaeger
Cahill Gordon & Reindel LLP
80 Pine Street
New York, New York 10005
*(Counsel for Crystal Grote)*
Federal Express Tracking No:8115-8446-2163

Kim C. Tucker
Leawood, Kansas 66211
Federal Express Tracking No: 8118-2545-2161

Kim C. Tucker
Overland Park, Kansas 66207
Federal Express Tracking No: 8118-2545-2172

Lili G. Tucker
Overland Park, Kansas 6621
Federal Express Tracking No: 8118-2545-2183

Stephanie Tucker
Shawnee Mission, Kansas 66217
Federal Express Tracking No: 8118-2545-2194

Stephanie Tucker
Overland Park, Kansas 66213
Federal Express Tracking No: 8118-2545-2209

Joan M. Muir
Overland Park, Kansas 66207
Federal Express Tracking No: 8118-2545-2210

Joan M. Muir
Overland Park, Kansas 66213
Federal Express Tracking No: 8118-2545-2220

Christopher D. Muir
Shawnee, Kansas 66226
Federal Express Tracking No: 8118-2545-2231

> Robert F. Muir
> Newport Beach, California 92660
> Federal Express Tracking No: 8118-2545-2242
>
> Andrew J. Muir
> Durham, North Carolina 27705
> Federal Express Tracking No: 8118-2545-2253
>
> Jonathan Nockels
> MALOUF & NOCKELS, LLP
> 6688 N. Central Expy, Suite 1050
> Dallas, Texas 75206
> Federal Express Tracking No: 8118-2545-2058

(the "Noticed Parties");

WHEREAS, on or about June 11, 2018, the Court entered an Order that stayed execution of the forfeiture of the Specific Property, pending the outcome of the Defendant's appeal of his judgment and conviction. (D.E. 358);

WHEREAS, on or about March 26, 2019 Kim Tucker (the "Petitioner") filed a petition asserting an interest in, *inter alia*, $100,000 in the value of the Specific Property (D.E. 388);

WHEREAS, on or about January 24, 2020, the Petitioner filed an Amended Petition asserting, *inter alia*, a 50% interest in the Specific Property (D.E. 424);

WHEREAS, on or about March 3, 2020, the Government filed a motion to dismiss the Petitioner's claims with respect to the Specific Property as untimely, or alternatively, grant summary judgment in favor of the Government (the "Motion") (D.E. 433);

WHEREAS, on or about June 2, 2020, the Court of Appeals for the Second Circuit affirmed Scott Tucker's judgment and conviction;

5

WHEREAS, on or about October 22, 2020, the Mandate issued by Court of Appeals for the Second Circuit was entered by United States District Court for the Southern District of New York (D.E. 440);

WHEREAS, on or about November 24, 2020 the Court entered its Opinion and Order dismissing the Petitioner's claims as untimely and granting the Motion in favor of the Government (D.E. 441);

WHEREAS, on or about February 22, 2021, the U.S. Supreme Court denied Scott Tucker's petition for a writ of certiorari.  (U.S. Sup. Ct. Dkt. No. 20-6936.)

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims, other than Petitioner, to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed parties are the only persons and/or entities known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited Specific Property following the Court's disposition of any filed claim or if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title, and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.   Pursuant to Title 21, United States Code, Section 853(n)(7), the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.   The United Department of Treasury (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

4.   The Clerk of the Court shall forward four certified copies of this Third Final Order of Forfeiture as to Specific Property to Assistant United States Attorney Alexander Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, Southern District of New York, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       April __7__, 2021

SO ORDERED:

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK