UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------- X
   UNITED STATES,                :    APPEARANCE OF COUNSEL
                                 :
      Plaintiff,                 :    Case No. S1 16 Cr. 091 (PKC)
                                 :
      v.                         :
                                 :
   SCOTT TUCKER,                 :
                                 :
      Defendant.                 :
                                 :
------------------------------- :
   KIM TUCKER,                   :
                                 :
      Third-Party Petitioner.    :
------------------------------- X
```

TO:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  Kim Tucker.

Date:  July 6, 2021

BRYAN CAVE LEIGHTON
PAISNER LLP

*/s/ Andrey Spektor*
ANDREY SPEKTOR     4762233
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 541-2000
Fax: (212) 541-4630
*andrey.spektor@bryancave.com*

*Attorneys for Petitioner Kim C. Tucker*