TRULINCS 06133045 - TUCKER, SCOTT - Unit: YAZ-G-A

---

FROM: 06133045
TO: Warden LOW
SUBJECT: ***Request to Staff*** TUCKER, SCOTT, Reg# 06133045, YAZ-G-A
DATE: 12/13/2022 11:59:17 AM

To: Assistant Warden
Inmate Work Assignment: N/A

AW,
My case manager Ms.. Webb instructed me to send you a email request for my Compassionate RELEASE. My mother has stage 4 Heart Disease and COPD--and was just put into the hospital with COVID. I need to go home and take care of her. I am requesting /applying for Compassionate Release to go home to care for her.
Thank you
Scott Tucker/06133045/G-1

see-BAck