LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

July 11, 2023

**By ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Tucker*, 16 Cr. 91 (PKC)

Your Honor:

    I represent Scott Tucker for purposes of his 2255 motion in the above-captioned case. I write with the government's consent respectfully to request that the deadline for Mr. Tucker's reply brief in support of his 2255 be extended until by four weeks until August 16, 2023. This is the second, and we anticipate final, request for an extension. The government filed its opposition to Mr. Tucker's motion on May 15. Dkt. 517. Two days later, on May 17, Mr. Tucker's counsel, Sarah Sherer-Kohlburn, moved to withdraw because she is discontinuing her legal practice at the end of this month. Dkt. 518. I entered an appearance last month and have been getting up to speed. I have had certain difficulties arranging a legal jail phone call – due to holiday staff shortages and lockdowns. I request the additional time to allow me to fully confer with my client and to provide a focused reply brief that is helpful to the Court.

    I conferred with AUSA Hagan Scotten and the government consents to this request. For the foregoing reasons, and with the government's consent, I respectfully request that Mr. Tucker's time to file a reply brief in further support of his 2255 motion be extended until August 16, 2023. Thank you for your consideration.

                                                Respectfully submitted,

                                                /s/ Benjamin Silverman
                                                Benjamin Silverman

cc: Counsel of record (by ECF)
    Scott Tucker (by U.S. mail)

*Handwritten notation:* Application Granted. So Ordered. /s/ [Castel] USDJ 7-11-23. OK