Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

Caption:

United States v.

Scott Tucker

Docket No.: 16 Cr. 91

Hon. P. Kevin Castel
(District Court Judge)

Notice is hereby given that Scott Tucker appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ✓ 2255 ruling (specify) entered in this action on August 28, 2024 (date).

This appeal concerns: Conviction only |___|   Sentence only |___|   Conviction & Sentence |✓|   Other |✓|

Defendant found guilty by plea |✓| trial |  | N/A |  |

Offense occurred after November 1, 1987? Yes |✓| No [ ] N/A [ ]

Date of sentence: January 5, 2018   N/A |___|

Bail/Jail Disposition: Committed |✓|   Not committed |  |   N/A |  |

RECEIVED OCT 24 2024 S.D.N.Y - APPEALS

Appellant is represented by counsel? Yes ✓ | No |  | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Benjamin Silverman |
| Counsel's Address: | 224 West 30th Street, Suite 302 |
| | New York, NY 10001, Benjamin@bsilvermanlaw.com |
| Counsel's Phone: | (212) 203-8074 |
| Assistant U.S. Attorney: | Hagan Scotten |
| AUSA's Address: | 26 Federal Plaza, 37th Floor |
| | New York, NY 10278, Hagan.Scotten@usdoj.gov |
| AUSA's Phone: | (212) 637-2410 |

Signature