

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

26 Federal Plaza
New York, New York 10278

May 2, 2025

**BY ECF**
The Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Application GRANTED.

SO ORDERED.
Dated: 5/2/25

P. Kevin Castel
United States District Judge

     **Re:**    **United States v. Scott Tucker**, 16 Cr. 91 (PKC)

Dear Judge Castel:

     The Government respectfully writes to request a 30-day extension of the deadline—currently set for Tuesday, May 6, 2025—for the Government's response to defendant Scott Tucker's motion for an indicative ruling under Federal Rule of Civil Procedure 62.1(a)(3). *See* Dkt. 536.

     The Assistant United States Attorneys who have handled this matter in the trial court are no longer with U.S. Attorney's Office, and the undersigned took responsibility for this case only today. Accordingly, the Government is respectfully requesting additional time in order to review and analyze the relevant record in the district court, on appeal, and in various habeas filings, and to prepare its response to the pending district court motion. If the Court grants the Government's request for a 30-day extension, the Government's response would be due June 5, 2025.

     The defendant takes no position with respect to this extension request.

                            Respectfully submitted,

                            JAY CLAYTON
                            United States Attorney

       by:        /s/
                       Micah F. Fergenson
                       Assistant United States Attorney
                       (212) 637-2190

cc:    Benjamin Silverman (*via ECF*)