LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

**Application Granted.**
**SO ORDERED.**
**Dated: 6/12/2025**

June 12, 2025

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

**By ECF and Email**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *United States v. Tucker*, 16 Cr. 91 (PKC)

Your Honor:

    I represent Scott Tucker and write with the government's consent respectfully to request that the Court unseal the attached two letters concerning the mid-trial *Curcio* hearing in the above-captioned case. The Court has previously unsealed the *Curcio* hearing transcript. Dkt. 530 at 40 n.2. The attached two letters remain under seal. They will be important to Mr. Tucker's pending appeal, where the appellant's brief is due on June 26. We request that they be unsealed so we can place them in the Appellate Appendix. I conferred with Assistant United States Attorney Micah Ferguson, who informs me that the government has no objection to this request. Thank you for your consideration.

        Respectfully submitted,

        /s/ Benjamin Silverman
        Benjamin Silverman
        *Attorney for Scott Tucker*

cc: Counsel of record (by ECF)
    Assistant United States Attorney Micah Ferguson (by ECF)
    Scott Tucker (by U.S. mail)