

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*New York, New York 10278*

September 30, 2025

**Application Granted.**
**SO ORDERED.**
**Dated: 10/1/2025**

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

**BY ECF**
The Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States** v. **Scott Tucker**, 16 Cr. 91 (PKC)

Dear Judge Castel:

The Court has previously unsealed the materials related to defendant Scott Tucker's *Curcio* hearing, including letters filed under seal on September 24, 2017. (Dkt. 530 at 40 n.2; Dkt. 543). In addition to the letters that were the subject of the Court's prior unsealing order (Dkt. 543), there was a third letter filed under seal on September 24, 2017. For avoidance of doubt, the Government respectfully writes to request, on consent of the defendant, that the Court order that letter unsealed as well. A copy of the letter is attached.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:   _____/s/_____
Micah F. Fergenson
Assistant United States Attorney
(212) 637-2190

cc:   Benjamin Silverman (*via ECF*)

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 24, 2017

**By Electronic Mail**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**REQUESTED TO BE FILED
UNDER SEAL**

Re:   *United States v. Scott Tucker and Timothy Muir*, S1 16 Cr. 91 (PKC)

Dear Judge Castel:

  The Government respectfully submits this letter to bring to the Court's attention an urgent scheduling matter. The Government expects that later today, one of the defense attorneys in this case will request a brief adjournment of the trial tomorrow morning in order to conduct a hearing pursuant to *United States v. Curcio,* 680 F.2d 881 (2d Cir. 1982). The Government expects to consent to that request. The undersigned only learned of this matter this afternoon, are in the process of fully exploring the relevant facts and law, and anticipate presenting those matters to the Court in a more fully developed *Curcio* letter that it will send later tonight. But because the Government believes that, consistent with the anticipated request of the defense attorney, some adjudication will be necessary before trial can resume, we wished to notify the Court now so that jurors might be notified in a timely fashion. After consultation with the attorney, the Government understands that an adjournment of the jury trial until 2 p.m. tomorrow will likely be necessary. The Government will, however, appear promptly at 9:30 a.m. (or earlier if the Court so directs) so that this matter may be resolved. Because there is an ongoing, covert investigation in the matter requiring the *Curcio* hearing, and because the attorney referred to herein has fears for personal and family safety should that investigation be revealed, the Government respectfully requests that this letter be filed under seal.

                   Respectfully submitted,

                   JOON H. KIM
                   Acting United States Attorney
                   Southern District of New York

         By: /s/
             Niketh Velamoor/Hagan Scotten/Sagar Ravi
             Assistant United States Attorneys
             Tel.: (212) 637-1076 / 2410 / 2195

1