UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
: 
UNITED STATES OF AMERICA  :  **AMENDED FINAL ORDER OF FORFEITURE**
:
-v.-  :
: S1 16 Cr. 091 (PKC)
SCOTT TUCKER,  :
:
Defendant.  :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about June 9, 2021, this Court entered a Preliminary Order of Forfeiture as to Substitute Assets (the "Substitute Assets Order") (D.E. 447), which ordered the forfeiture to the United States of all right, title and interest of SCOTT TUCKER (the "Defendant") in the following property:

    i.    The real property located at 3850 N. 107th Street, Kansas City, Missouri, with all improvements, appurtenances, and attachments thereon owned by Westfund LLC ("Property-1"); and

    ii.    The real property located at 6909 W. 129th Court, Overland Park, Kansas 66209 with all improvements, appurtenances, and attachments thereon held in the name of Lili G. Tucker ("Property-2");

(i. and ii., together, the "Subject Properties");

WHEREAS, the Substitute Assets Order directed the United States to publish, for at least thirty (30) consecutive days, notice of the Substitute Assets Order, notice of the United States' intent to dispose of the Substitute Assets, and the requirement that any person asserting a legal interest in the Substitute Assets must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any

person known to have an alleged interest in the Substitute Assets and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Substitute Assets before the United States can have clear title to the Substitute Assets;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Substitute Assets was posted on an official government internet site (www.forfeiture.gov) beginning on June 22, 2021, for thirty (30) consecutive days, through July 21, 2021, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on June 26, 2025 (D.E. 544);

WHEREAS, on or about July 15, 2021, notice of the Substitute Assets Order was sent via email to the following:

> Richard E. Finneran, Esq.
> Bryan Cave Leighton Paisner L.L.P
> One Metropolitan Square
> 211 North Broadway, Suite 3600
> St. Louis, MO 63102
> Email: Richard.Finneran@bclplaw.com
> *(Counsel for Kim Tucker)*
>
> Richard E. Finneran, Esq.
> Bryan Cave Leighton Paisner L.L.P
> One Metropolitan Square
> 211 North Broadway, Suite 3600
> St. Louis, MO 63102

2

Email: Richard.Finneran@bclplaw.com
*(Counsel for the Kim Tucker Living Trust)*

Richard E. Finneran, Esq.
Bryan Cave Leighton Paisner L.L.P
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Email: Richard.Finneran@bclplaw.com
*(Counsel for Park 269, L.L.C)*

Seetha Ramachandran, Esq.
Proskauer Rose, L.L.P.
Eleven Times Square
New York, NY 10036
Email: Richard.Finneran@bclplaw.com
*(Counsel for Mololamken L.L.P)*

(collectively, the "Noticed Parties-1");

WHEREAS, on or about July 20, 2021, notice of the Preliminary Order of Forfeiture as to the Initial Substitute Assets was also sent via Certified Mail to the following parties:

Kim C. Tucker Living Trust
c/o Kim Tucker
Prairie Village, KS 66208

Kim Tucker
Prairie Village, KS 66208

Lili G. Tucker
Prairie Village, KS 66208

Park 269, L.L.C
c/o Kim Tucker
Prairie Village, KS 66208

3

>Polo Real Estate Holdings, LLC
>c/o Agent Services, LTD
>871 Coronado Center Drive, Suite 200
>Henderson, NV 89052
>
>Westfund LLC
>c/o Glen Fisher
>14712 Juniper Street
>Overland Park, KS 66224
>
>Westfund LLC
>c/o Glen Fisher
>7500 College Boulevard, Suite 500
>Overland Park, KS 66210
>
>Westfund L.L.C.
>c/o Agent Services, LTD
>871 Coronado Center Drive, Suite 200
>Henderson, NV 89052

(collectively, with Noticed Parties-1, the "Noticed Parties");

WHEREAS, in or about July and August 2021, the Defendant's former wife, Kim Tucker, individually and on behalf of several entities, specifically, Kim C. Tucker Living Trust, AMG Capital Management, LLC; BA Services, LLC; Black Creek Capital Corporation; Black Creek Capital, LLC; Broadmoor Capital Partners, LLC; Eclipse Renewable Holdings LLC; Level 5 Motorsports, LLC; Park 269, LLC; N.M. Service Corp; Polo Real Estate Holding, LLC; Real Estate Capital Services LLC; and Westfund LLC (collectively, the "Kim Tucker Parties") filed petitions asserting an interest in, *inter alia,* the Subject Property (collectively, "the "Tucker Petitions")(D.E. 450,463,478);

WHEREAS, on or about August 3, 2021, Mololamken LLP ("Mololamken") filed a Vertified Petition asserting an interest in, *inter alia*, the Subject Properties (the "Mololamken Petition") (D.E. 458);

4

WHEREAS, on or about August 20, 2021, Paul C. Ray ("Ray"), filed a Third-Party Petition asserting an interest in, *inter alia*, the Subject Properties (the "Ray Petition") (D.E. 476);

WHEREAS, on or about November 9, 2021, the Court entered a Stipulation and Order wherein the Government agreed to resolve Mololamken's interest in, *inter alia*, the Subject Assets (D.E. 482);

WHEREAS, on or about December 5, 2023, the Court entered a Stipulation and Order resolving the Tucker Parties' and Paul C. Ray's interest in the Subject Properties by agreeing to withdraw their interest in the Subject Properties;

WHEREAS, on or about July 2, 2025, the Court entered a Final Order of Forfeiture as to Substitute Assets forfeiting, *inter alia*, the Subject Properties to the Government (the "Final Order")(D.E. 548);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Subject Properties remain outstanding and no petitions to the Subject Properties, other than the Tuckers' Petitions, Mololamken Petition, Ray Petition have been filed with respect to the Subject Properties;

WHEREAS, the Defendant and the Noticed Parties are the only persons and/or entities known by the Government to have a potential interest the Subject Properties;

WHEREAS, following the entry of the Final Order of Forfeiture the Government has been advised by its title insurance company that in order to liquidate the Subject Properties and convey clear title, the Subject Properties should be more properly described as follows:

    a.    <u>Property-1</u>:

      i.      The real property located at 3850 N. 107th Street, Kansas City, Kansas, with all improvements, appurtenances, and attachments thereon owned by Westfund LLC, with a legal description of:

> THE EAST ½ OF THE NORTHEAST 1/4 OF SECTION 27, TOWNSHIP 10 SOUTH, RANGE 23 EAST OF THE 6TH PRINCIPAL MERIDIAN IN KANSAS CITY, WYANDOTTE COUNTY, KANSAS, EXCEPT ANY PART TAKEN, USED OR DEDICATED FOR ROADS OR PUBLIC RIGHT OF WAYS
>
> ALSO LESS:
> A TRACT OF LAND IN THE NORTHEAST QUARTER OF SECTION 27, TOWNSHIP 10, RANGE 23, WYANDOTTE COUNTY, KANSAS, DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHEAST CORNER OF THE NORTHEAST QUARTER OF SAID SECTION 27; THENCE SOUTH 00 DEGREES 07' 54" WEST ALONG THE EAST LINE OF SAID SECTION 27, A DISTANCE OF 1231.0 FEET; THENCE SOUTH 89 DEGREES 44' 14" WEST A DISTANCE OF 69.56 FEET TO THE TRUE POINT OF BEGINNING OF THIS TRACT; THENCE SOUTH 279.01 FEET; THENCE WEST 30.0 FEET; THENCE SOUTH 121.12 FEET; THENCE SOUTH 89 DEGREES 44' 14" WEST 301.36 FEET; THENCE NORTH 00 DEGREE 07' 54" EAST 400.0 FEET; THENCE NORTH 89 DEGREES 44' 14" EAST 330.44 FEET, TO THE POINT OF BEGINNING, WYANDOTTE COUNTY, KANSAS;
>
> ALSO LESS:
> BEGINNING AT THE NORTHEAST CORNER OF SECTION 27, TOWNSHIP 10, RANGE 23 IN KANSAS CITY, WYANDOTTE COUNTY, KANSAS; THENCE SOUTH 00 DEGREE 07' 54" WEST ALONG THE EAST LINE OF THE SAID SECTION 27, A DISTANCE OF 1231.0 FEET; THENCE SOUTH 89 DEGREES 44' 14" WEST, A DISTANCE OF 69.56 FEET TO THE TRUE POINT OF BEGINNING OF THE TRACT OF LAND HEREINAFTER DESCRIBED; THENCE NORTH 00 DEGREE 07' 54" EAST, A DISTANCE OF 13.00 FEET; THENCE SOUTH 89 DEGREES 44' 14" WEST, A DISTANCE OF 330.44 FEET; THENCE SOUTH 00 DEGREE 07' 54" WEST, A DISTANCE OF 13.00 FEET; THENCE NORTH 89 DEGREES 44' 14" EAST, A DISTANCE OF 330.44 FEET TO THE POINT OF BEGINNING;
>
> ALSO LESS:
> A TRACT OF LAND IN THE NORTHEAST QUARTER OF SECTION 27, TOWNSHIP 10, RANGE 23, WYANDOTTE COUNTY, KANSAS,

DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHEAST CORNER OF THE NORTHEAST QUARTER OF SAID SECTION 27; THENCE SOUTH 00 DEGREES 07' 54" WEST ALONG THE EAST LINE OF SAID SECTION 27, A DISTANCE OF 1631.0 FEET; THENCE SOUTH 89 DEGREES 44' 14" WEST A DISTANCE OF 98.64 FEET, TO THE TRUE POINT OF BEGINNING OF THIS SURVEY; THENCE SOUTH 178.88 FEET; THENCE EAST 30.0 FEET; THENCE SOUTH 837.97 FEET; THENCE SOUTH 89 DEGREES 44' 14" WEST 553.70 FEET; THENCE NORTH 00 DEGREE 07' 54" EAST, 1,017.00 FEET; THENCE NORTH 89 DEGREES 44' 14" EAST 521.36 FEET, TO THE POINT OF TRUE BEGINNING
Tax ID: 946800

    b.    <u>Property-2</u>:

    ii.    The real property located at 6909 W. 129th Court, Overland Park, Kansas 66209, with the legal description of: all of the following described tract, piece and parcel of land, situated in Johnson County, Kansas, to-wit: Lot 24, DEER CREEK COURTS, a subdivision in the city of Overland Park, Johnson County, Kansas Tax ID: 0460792902001078000.

(a. and b., together, the "Amended Properties"); and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.    All right, title and interest in the Amended Properties is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.    Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Amended Properties.

3. The United States Department of Treasury (or its designee) shall take possession of the Amended Properties and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
         October 8  , 2025

                                        SO ORDERED:

                                        _____
                                        HONORABLE P. KEVIN CASTEL
                                        UNITED STATES DISTRICT JUDGE